MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

BUTH, STEVEN RAY,  
BUTH, SUSAN DIANE

Case No. 08-60126  
Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK, DBA JCPENNEY CREDIT, SERVICES, 25 SE 2ND AVE STE 1120 MIAMI, FL 33131 | 17 | 412.32 | 1.82 |

Date: August 18, 2010

/e/ DAVID G. VELDE  
DAVID G. VELDE, Trustee

# 2619

RECEIVED 10 AUG 20 AM 11:38 U.S. BANKRUPTCY COURT ST. PAUL, MN